UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALT CREEK MEDIA, INC., a California corporation; REDSTONE PRINT & MAIL, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MARKSYS, LLC, a California limited liability company; DMITRY BUDORAGIN, an individual; RYAN GUTSHALL, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | No. 2:17-cv-00714-MCE-KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed: April 3, 2017<br>Current Response: May 11, 2017<br>New Response Date: May 30, 2017 |

In light of the parties' stipulation, ECF No. 6, and good cause appearing, Defendants deadline to file a responsive pleading shall be extended from May 11, 2017 to **May 30, 2017**.

IT IS SO ORDERED.

Dated: May 9, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1