1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   SALT CREEK MEDIA, INC., et al.,          No. 2:17-cv-0714-KJN

12                  Plaintiffs,

13          v.                                ORDER

14   MARKSYS, LLC, et al.,

15                  Defendants.

16

17          On August 24, 2017, the parties filed a stipulation to elect referral of this action to the

18   court's voluntary dispute resolution program ("VDRP").  (ECF No. 18.)  Accordingly, IT IS

19   HEREBY ORDERED that:

20          1.  This action is referred to the VDRP.

21          2.  The parties shall review Local Rule 271, which outlines the terms and procedures of

22              the VDRP, and promptly contact the court's VDRP coordinator, Sujean Park, at (916)

23              930-4278 or SPark@caed.uscourts.gov to initiate the process.

24          3.  The parties shall continue to comply with all dates and deadlines set forth in the

25              operative scheduling order.  If the parties subsequently determine that an extension is

26              necessary, the parties shall file an appropriate stipulation and proposed order setting

27              forth good cause for an extension well in advance of the applicable deadline.

28   ////

IT IS SO ORDERED.

Dated:  August 30, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE