# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALT CREEK MEDIA, INC., a California corporation; REDSTONE PRINT & MAIL, INC., a California corporation;<br><br>Plaintiff,<br><br>v.<br><br>MARKSYS, LLC, a California limited liability company; DMITRY BUDORAGIN, an individual; JEROD MEENTS, an individual; RYAN GUTSHALL, an individual; and DOES 1-100, inclusive ,<br><br>Defendant. | Case No. 2:17-cv-00714-KJN<br><br>Honorable Magistrate Judge Kendall J. Newman<br>Courtroom No. 25<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO COMPLETE FACT DISCOVERY**<br><br>Complaint Filed: April 3, 2017<br>Trial Date: October 19, 2018 |

**ORDER**

## ORDER

The Court, having reviewed the Stipulation to Extend Time for Fact Discovery pursuant to the Pretrial Scheduling Order, and good cause appearing therefor,

**IT IS SO ORDERED THAT:**

In light of the Parties signed Stipulation (ECF No. 22), the Court finds that good cause exists for issuance of an Order extending the time for Defendants and Plaintiffs to complete Fact Discovery under the Pretrial Scheduling Order to March 2, 2018.

Dated: January 19, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE