# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALT CREEK MEDIA, INC., a California corporation; REDSTONE PRINT & MAIL, INC., a California corporation;<br><br>Plaintiff,<br><br>v.<br><br>MARKSYS, LLC, a California limited liability company; DMITRY BUDORAGIN, an individual; JEROD MEENTS, an individual; RYAN GUTSHALL, an individual; and DOES 1-100, inclusive ,<br><br>Defendant. | Case No. 2:17-cv-00714-KJN<br><br>Honorable Magistrate Judge Kendall J. Newman<br>Courtroom No. 25<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRELIMINARY SCHEDULING DATES**<br><br>Complaint Filed: April 3, 2017<br>Trial Date: October 19, 2018 |

**ORDER**

The Court, having reviewed the Stipulation to Extend Time for Fact Discovery pursuant to the Pretrial Scheduling Order, and good cause appearing therefor,

**IT IS SO ORDERED THAT:**

In light of the Parties signed Stipulation (ECF No. 24), the Court finds that good cause exists for issuance of an Order extending the time for Defendants and Plaintiffs to complete Fact Discovery under the Pretrial Scheduling Order to April 27, 2018; to disclose any expert witnesses no later than May 23, 2018; and to complete Expert Discovery by August 3, 2018.

Dated: February 22, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE