David S. Barrett (SB# 209986)
Law Office of David S. Barrett
700 E Street
Sacramento, CA 95814
Telephone: 916-440-0233
Facsimile: 916-440-0237
david@dsblawoffice.com

Attorneys for Plaintiffs
SALT CREEK MEDIA, INC. and
REDSTONE PRINT & MAIL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALT CREEK MEDIA, INC, a California corporation; REDSTONE PRINT & MAIL, INC., a California Corporation;<br><br>Plaintiffs;<br><br>v.<br><br>MARKSYS, LLC, a California limited liability company; DMITRY BUDORAGIN, an individual; JEROD MEENTS, an individual; RYAN GUTSHALL, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:17-CV-714 KJN<br><br>**ORDER TO MODIFY PRE-TRIAL SCHEDULING ORDER** |

**ORDER**

The Court, having reviewed the Stipulation to Modify The Pre-Trial Scheduling Order, and good cause appearing therefor,

**IT IS SO ORDERED THAT:**

In light of the Parties signed Stipulation (ECF No. 26), the Court finds that good cause exists for issuance of an Order modifying the Pre-Trial Scheduling Order as follows:[1]

| | |
|---|---|
| Law and Motion: | December 13, 2018 |
| Discovery: | June 11, 2018 |
| Expert Disclosure | August 24, 2018 |
| Expert Rebuttal: | September 21, 2018 |
| All Expert Discovery: | October 18, 2018 |
| Final Pre-Trial Conference: | January 24, 2019, at 10:00 a.m. |
| Joint Pre-Trial Statement: | January 10, 2019 |
| Trial: | February 22, 2019[2] |

All other provisions in the court's pretrial scheduling order remain unchanged.

Dated: May 1, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court has made minor changes to the parties' proposed dates based on the court's schedule and hearing dates.

[2] The first day of trial (Friday February 22, 2019) shall start at 10:00 a.m. and will be limited to addressing motions in limine, jury instructions, and other preliminary trial matters. Jury selection shall commence on Monday February 25, 2019, at 9:00 a.m.