# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALT CREEK MEDIA, INC., a California corporation; REDSTONE PRINT & MAIL, INC., a California corporation;<br><br>Plaintiff,<br><br>v.<br><br>MARKSYS, LLC, a California limited liability company; DMITRY BUDORAGIN, an individual; JEROD MEENTS, an individual; RYAN GUTSHALL, an individual; and DOES 1-100, inclusive ,<br><br>Defendant. | Case No. 2:17-cv-00714-KJN<br><br>Honorable Magistrate Judge Kendall J. Newman<br>Courtroom No. 25<br><br>**ORDER TO MODIFY PRE-TRIAL SCHEDULING ORDER**<br><br>Complaint Filed:  April 3, 2017<br>Trial Date: |

# ORDER

The Court, having reviewed the Stipulation to Modify the Pre-Trial Scheduling Order, and good cause appearing therefor,

**ORDERS THAT:**

In light of the Parties signed Stipulation (ECF No. 29), the Court finds that good cause exists for issuance of an Order modifying the Pre-Trial Scheduling Order as follows:[1]

| | |
|---|---|
| Law and Motion: | **January 31, 2019** |
| Fact Discovery: | **November 2, 2018** |
| Expert Disclosure | **November 9, 2018** |
| Expert Rebuttal: | **November 26, 2018** |
| All Expert Discovery: | **January 11, 2019** |

The January 24, 2019 final pretrial conference and February 22, 2019 trial are VACATED.

Within fourteen (14) days of the court's resolution of any dispositive motions or the parties notifying the court that no dispositive motions will be filed, the parties shall file a joint statement of trial readiness, outlining: (a) proposed dates for a final pretrial conference and trial that have been cleared with the undersigned's courtroom deputy clerk; (b) whether a settlement conference should be scheduled;[2] and (c) any other matters that would aid in the just and expeditious resolution of this matter.

---

[1] The court has made minor changes to the parties' proposed dates based on the court's schedule and hearing dates.

[2] If the parties wish to have an earlier settlement conference with another magistrate judge of this court, the parties shall file a stipulation and proposed order for the court's consideration.

1    IT IS SO ORDERED.  This order resolves ECF No. 29.

2  Dated:  August 29, 2018

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE