| | |
|---|---|
| Law Office of David S. Barrett<br>David S. Barrett (SB# 209986)<br>615 10th Street<br>Sacramento, CA 95811<br>Telephone: (916) 440-0233<br>Facsimile: (916) 440-0237<br><br>Attorney for Plaintiffs | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALT CREEK MEDIA, INC, a California corporation; REDSTONE PRINT & MAIL, INC., a California corporation;<br><br>Plaintiffs;<br><br>v.<br><br>MARKSYS, LLC, a California limited liability company; DMITRY BUDORAGIN, an individual; JEROD MEENTS, an individual; RYAN GUTSHALL, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-0714 KJN<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**1.**
**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**STIPULATION**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Date: November 2, 2018                     LAW OFFICE OF DAVID S. BARRETT

/David S. Barrett/
_____
David S. Barrett
Attorney for Plaintiffs

Date: November 2, 2018                     MURCHISON & CUMMING, LLP

/Jean M. Daly/
_____
Jean Daly
Attorney for Defendants

**ORDER**

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice. The Clerk of Court shall close this case.

Dated: November 19, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE